**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Wood Wonders Custom Furniture, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-4818820 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6601 Lyons Rd.<br>Suite L-8<br>Pompano Beach, FL 33073 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.woodwonderscustomfurniture.com

6. **Type of debtor**

☐■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Wood Wonders Custom Furniture, Inc.                                    Case number (*if known*) _____
         _____
         Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___2383___

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | Wood Wonders Custom Furniture, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Wood Wonders Custom Furniture, Inc.                                    Case number (*if known*) _____
      Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   Wood Wonders Custom Furniture, Inc.                                    Case number (*if known*) _____
_____Name_____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 30, 2024
               MM / DD / YYYY

**X** /s/ Bert S. Cohen                                    Bert S. Cohen
Signature of authorized representative of debtor           Printed name

Title    Vice-President

**18. Signature of attorney**

**X** /s/ Adam I. Skolnik                          Date   January 30, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Adam I. Skolnik
Printed name

Law Office of Adam I. Skolnik, PA
Firm name

1761 West Hillsboro Boulevard
Suite 207
Deerfield Beach, FL 33442
Number, Street, City, State & ZIP Code

Contact phone   561-265-1120          Email address   askolnik@skolniklawpa.com

728081 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name ____Wood Wonders Custom Furniture, Inc.____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF FLORIDA____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____January 30, 2024____    **X** */s/ Bert S. Cohen*
Signature of individual signing on behalf of debtor

Bert S. Cohen
Printed name

Vice-President
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Wood Wonders Custom Furniture, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express World Financial Center 200 Vesey Street New York, NY 10285 | | Credit card purchases | | | | $7,648.80 |
| Boerewors Finance 8605 Santa Monica Blvd #35697 West Hollywood, CA 90069 | | UCC Filing  Business Property (Tangible and Intangbile) Collateral UCC #: 201700532640 Reference Data: 57940460 | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |
| Capital One Attn: Bankruptcy POB 30285 Salt Lake City, UT 84130 | | Credit Card Purchases | | | | $6,357.00 |
| Corporation Service Company as Representative POB 2576 Springfield, IL 62708 | | UCC Filing  Business Property (Tangible and Intangbile) Collateral UCC #: 02203786300 Reference Data: 2448-22192 | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |

| Debtor | Wood Wonders Custom Furniture, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Corporation Service Company as Representative POB 2576 Springfield, IL 62708 | | UCC Filing Business Property (Tangible and Intangbile) Collateral UCC #: 202203208196 Reference Data: 2406-25868 | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |
| First Collection Services 10925 Otter Creek E Blvd Mabelvale, AR 72103-1661 | | Collection | | | | $466.27 |
| Home Depot Credit Services POB 6029 The Lakes, NV 88901-6029 | | Credit card purchases | | | | $3,500.00 |
| IRS Ogden, UT 84201-0039 | | Tax Assessment | Subject to Setoff | | | $4,272.59 |
| IRS Ogden, UT 84201-0039 | | Tax Assessment | | | | $7,594.78 |
| IRS Ogden, UT 84201-0039 | | Tax Assessment | | | | $7,263.42 |
| IRS Ogden, UT 84201-0039 | | Tax Assessment | | | | $5,132.30 |
| Northeast Bank One Marina Dr. Floor 8 Boston, MA 02210 | | UCC Filing Business Property (Tangible and Intangbile) Collateral UCC #: 202300367243 Reference Data: 2493-15616 | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |
| On Deck Capital Inc c/o Zwicker & Associates PC 80 Minuteman Road Andover, MA 01810 | | Line of Credit | Contingent Unliquidated Disputed Subject to Setoff | | | $36,979.84 |

Debtor   Wood Wonders Custom Furniture, Inc.                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | Business Loan | Contingent Unliquidated Disputed Subject to Setoff | | | $85,000.00 |
| Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | Business Loan | Contingent Unliquidated Disputed Subject to Setoff | | | $27,572.00 |
| Simply the Best 902 Clint Moore Rd #202 Boca Raton, FL 33487 | | Digital Marketing | Unliquidated Disputed | | | $1,436.40 |
| Small Business Administration 409 Third Street, SW Washington, DC 20416-0005 | | Business Loan | | | | $1,955.00 |
| Small Business Administration 409 Third Street, SW Washington, DC 20416-0005 | | Business Loan | | $78,713.20 | $0.00 | $78,713.20 |

**Fill in this information to identify the case:**

Debtor name __Wood Wonders Custom Furniture, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     115,440.03

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     115,440.03

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     78,713.20

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     26,218.09

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$     168,960.31

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b
                          $     273,891.60

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Wood Wonders Custom Furniture, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist<br>Wood One Cabinets Inc | Checking Account | 9082 | $69.72 |
| 3.2. | Truist Simple Business Checking | Checking Account | 7082 | $20,925.77 |
| 3.3. | Truist | Checking Account | 2296 | $96.54 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $21,092.03 |

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor    Wood Wonders Custom Furniture, Inc.                              Case number *(if known)* _____
          Name

|  | 7.1. | Security deposit on lease | $3,000.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                                          $3,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:              % of ownership | | |

|  | 15.1. | Wood One Cabinets Inc.<br>Pass through purchasing company for materials | 100 % | Revenue based | $0.00 |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                          $0.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials**<br>Screws, nails, miscellaneous hardware | 01/15/2024 | $0.00 | Revenue based | $100.00 |

**20.** **Work in progress**

Debtor    Wood Wonders Custom Furniture, Inc.                                    Case number *(If known)* _____
      Name

| | | | | |
|---|---|---|---|---|
| Job #  Project    WIP Due<br>1842 - 44  Cabinets  $ 1,725.00<br>1845 - 52  Cabinets $13,675.00<br>1861  Dining room display $ 5,975.00<br>1862  Shelf & column  $ 2,187.00<br>1865  Cabinets $15,000.00<br>1866  Vanity  $ 3,000.00<br>1867-68  Kitchen & bath $14,000.00 | 1/29/24 | $0.00 | N/A | $55,562.00 |

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                    | $55,662.00 |

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>MIsc office funtiure | $0.00 | Liquidation | $3,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor    Wood Wonders Custom Furniture, Inc.                     Case number *(If known)* _____
_____Name_____

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $3,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2018 Ford Van<br>VIN# 1FTBW2CM7JKB13418 | $0.00 | Appraisal | $21,685.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Computer Numerical Control (CNC) machine<br>(#0-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) | $0.00 | Comparable sale | $10,000.00 |
| Drill Press; Circular Saw; Miter Saw; Dust<br>Collector, Edgebander, Table Saw, and Spray<br>Booth; Various and miscellaneous tools | $0.00 | Comparable sale | $1,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $32,685.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

Debtor     Wood Wonders Custom Furniture, Inc.                                    Case number *(If known)* _____
           Name

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| **61.** | **Internet domain names and websites** https://www.woodwonderscustomfurniture.com | Unknown | Revenue based | $1.00 |
| **62.** | **Licenses, franchises, and royalties** | | |
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| **64.** | **Other intangibles, or intellectual property** | | |
| **65.** | **Goodwill** | | |

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$1.00

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

Debtor    Wood Wonders Custom Furniture, Inc.                    Case number *(If known)* _____
          Name

| | |
|---|---|
| Aflac Policy # P0S8X481<br>Accident Only Policy | $0.00 |
| Aflac Policy # P0S8X482<br>Short Term Disability | $0.00 |
| Western World Ins. Co. Policy #: NPP6016681<br>Commercial Gneral Liability Policy | $0.00 |
| Associated Industries Ins. Co., Inc. Policy # AWC1199503<br>Workers Compensation and Employers Liability | $0.00 |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

                                                                           $0.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Debtor  Wood Wonders Custom Furniture, Inc.                          Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,092.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $55,662.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $32,685.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $115,440.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $115,440.03 |

**Fill in this information to identify the case:**

Debtor name __Wood Wonders Custom Furniture, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Boerewors Finance | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
UCC Filing

Business Property (Tangible and Intangbile) Collateral
UCC #: 201700532640
Reference Data: 57940460

| Column A | Column B |
|---|---|
| Unknown | Unknown |

8605 Santa Monica Blvd
#35697
West Hollywood, CA 90069
_Creditor's mailing address_

Describe the lien
UCC Filing for Unknown Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
03/09/2017
**Last 4 digits of account number**
2640

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| 2.2 | Corporation Service Company | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
UCC Filing

Business Property (Tangible and Intangbile) Collateral
UCC #: 02203786300
Reference Data: 2448-22192

| Column A | Column B |
|---|---|
| Unknown | Unknown |

as Representative
POB 2576
Springfield, IL 62708
_Creditor's mailing address_

Describe the lien
UCC Filing for Unknown Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**

Debtor  Wood Wonders Custom Furniture, Inc.

Case number *(if known)* _____

Name

**Date debt was incurred**
12/01/2022

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
6300

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☑ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Unliquidated

☑ Disputed

---

| 2.3 | Corporation Service Company |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
UCC Filing

Unknown          Unknown

Business Property (Tangible and Intangbile) Collateral
UCC #: 202203208196
Reference Data: 2406-25868

as Representative
POB 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**
UCC Filing for Unknown Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/04/2022

**Last 4 digits of account number**
8196

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☑ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Unliquidated

☑ Disputed

---

| 2.4 | Northeast Bank |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
UCC Filing

Unknown          Unknown

Business Property (Tangible and Intangbile) Collateral
UCC #: 202300367243
Reference Data: 2493-15616

One Marina Dr.
Floor 8
Boston, MA 02210

Creditor's mailing address

**Describe the lien**
UCC Filing for Unknown Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7243

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor  Wood Wonders Custom Furniture, Inc.
_____
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.5 | Small Business Administration |
|-----|-------------------------------|

Creditor's Name

409 Third Street, SW
Washington, DC 20416-0005

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

July 2020

**Last 4 digits of account number**

7009

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $78,713.20    $0.00

Business Loan

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $78,713.20

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|
|                   |                                                             |                                                 |

**Fill in this information to identify the case:**

Debtor name     Wood Wonders Custom Furniture, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>IRS<br><br>Ogden, UT 84201-0039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,263.42 | $7,263.42 |
| | Date or dates debt was incurred<br>March 2023 | Basis for the claim:<br>Tax Assessment | | |
| | Last 4 digits of account number <u>8820</u><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>IRS<br><br>Ogden, UT 84201-0039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,272.59 | $4,253.03 |
| | Date or dates debt was incurred<br>September 2023 | Basis for the claim:<br>Tax Assessment | | |
| | Last 4 digits of account number <u>8820</u><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☑ Yes | | |

Debtor  Wood Wonders Custom Furniture, Inc.                              Case number (if known) _____
          Name

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,594.78 | $7,594.78 |

**2.3** Priority creditor's name and mailing address
IRS

Ogden, UT 84201-0039

Date or dates debt was incurred
December 2022

Last 4 digits of account number 8820

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Tax Assessment

Is the claim subject to offset?
☑ No
☐ Yes

$7,594.78    $7,594.78

---

**2.4** Priority creditor's name and mailing address
IRS

Ogden, UT 84201-0039

Date or dates debt was incurred
June 2023

Last 4 digits of account number 8820

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Tax Assessment

Is the claim subject to offset?
☑ No
☐ Yes

$5,132.30    $5,132.30

---

**2.5** Priority creditor's name and mailing address
Small Business Administration
409 Third Street, SW
Washington, DC 20416-0005

Date or dates debt was incurred

Last 4 digits of account number 8108

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$1,955.00    $1,955.00

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |

**3.1** Nonpriority creditor's name and mailing address
American Express
World Financial Center
200 Vesey Street
New York, NY 10285

**Date(s) debt was incurred** ____

**Last 4 digits of account number** 3008

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ☑ No ☐ Yes

$7,648.80

---

**3.2** Nonpriority creditor's name and mailing address
Capital One
Attn: Bankruptcy
POB 30285
Salt Lake City, UT 84130

**Date(s) debt was incurred** March 2023

**Last 4 digits of account number** 9434

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Purchases

Is the claim subject to offset? ☑ No ☐ Yes

$6,357.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 2 of 4

Debtor   Wood Wonders Custom Furniture, Inc.                      Case number (if known) _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.27 |

**3.3** Nonpriority creditor's name and mailing address
First Collection Services
10925 Otter Creek E Blvd
Mabelvale, AR 72103-1661

Date(s) debt was incurred _

Last 4 digits of account number  8956

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collection

Is the claim subject to offset? ☒ No ☐ Yes                    $466.27

---

**3.4** Nonpriority creditor's name and mailing address
Home Depot Credit Services
POB 6029
The Lakes, NV 88901-6029

Date(s) debt was incurred _

Last 4 digits of account number  9562

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes                    $3,500.00

---

**3.5** Nonpriority creditor's name and mailing address
On Deck Capital Inc
c/o Zwicker & Associates PC
80 Minuteman Road
Andover, MA 01810

Date(s) debt was incurred  Sept 2023

Last 4 digits of account number  2637

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset? ☐ No ☒ Yes                    $36,979.84

---

**3.6** Nonpriority creditor's name and mailing address
Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Date(s) debt was incurred _

Last 4 digits of account number  7241

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset? ☒ No ☐ Yes                    $85,000.00

---

**3.7** Nonpriority creditor's name and mailing address
Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Date(s) debt was incurred _

Last 4 digits of account number  9574

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset? ☒ No ☐ Yes                    $27,572.00

---

**3.8** Nonpriority creditor's name and mailing address
Simply the Best
902 Clint Moore Rd
#202
Boca Raton, FL 33487

Date(s) debt was incurred  June 2023

Last 4 digits of account number  5951

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Digital Marketing

Is the claim subject to offset? ☒ No ☐ Yes                    $1,436.40

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Wood Wonders Custom Furniture, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Goldman, Evans & Trammell LLC<br>10323 Cross Creek Blvd "F"<br>Tampa, FL 33647 | Line  3.8<br><br>☐ Not listed. Explain ____ | 7643 |
| 4.2 | On Deck Capital, Inc.<br>1400 Broadway, 25th Floor<br>New York, NY 10018 | Line  3.5<br><br>☐ Not listed. Explain ____ | 2637 |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 26,218.09 |
| **5b. Total claims from Part 2** | 5b.  + $ | 168,960.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 195,178.40 |

**Fill in this information to identify the case:**

Debtor name        Wood Wonders Custom Furniture, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease |
| State the term remaining | 32 months (exp. Aug 31, 2026) |
| List the contract number of any government contract | Lyons Corporate Park, LLLP<br>6601 Lyons Road<br>Suite C-1<br>Pompano Beach, FL 33073 |

**Fill in this information to identify the case:**

Debtor name ___Wood Wonders Custom Furniture, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Bert Cohen | 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | Rapid Finance | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.2 | Bert Cohen | 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | Small Business Administration | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Patrick Quillen | 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | Rapid Finance | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.4 | Patrick Quillen | 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | Small Business Administration | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Wood Wonders Custom Furniture, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $19,352.52 |
| For prior year:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $564,962.32 |
| For year before that:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $588,666.00 |
| For the fiscal year:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $705,020.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  Wood Wonders Custom Furniture, Inc.    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Lyons Corporate Park, LLLP<br>6601 Lyons Road<br>Suite C-1<br>Pompano Beach, FL 33073 | 1/03/2024 -<br>$5,697.00;<br>12/4/2023 -<br>$5,459.63;<br>11/13/2023 -<br>$5,511.38;<br>10/3/2023 -<br>$5,511.38 | $22,179.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _rent_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Jilleen Calvello v. Wood Wonders Custom Furniture, Inc.<br>2023 CC-006030-SB | Civil | Palm Beach Clerk of Court<br>205 N. Dixie Hwy<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   Wood Wonders Custom Furniture, Inc.          Case number *(if known)*

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Adam I. Skolnik, PA<br>1761 West Hillsboro Boulevard<br>Suite 207<br>Deerfield Beach, FL 33442 | Attorney Fees | 04/18/2003 ($3,000.00); 08/02/2023 ($2,000.00); 08/03/2023 ($3,000.00); 08/28/2023 ($3,000.00); 09/05/2023 ($1,437.00) | $12,437.00 |
| | **Email or website address**<br>askolnik@skolniklawpa.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

Debtor  Wood Wonders Custom Furniture, Inc.                        Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Debtor    Wood Wonders Custom Furniture, Inc.                    Case number *(if known)* _____

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    Wood Wonders Custom Furniture, Inc.                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    J & M Tax & Accounting<br>6810 Lyons Technology Circle<br>Pompano Beach, FL 33073 | |
| 26a.2.    Bert Cohen<br>6601 Lyons Rd.<br>Suite L-8<br>Pompano Beach, FL 33073 | daily |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

□ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Bert Cohen<br>6601 Lyons Rd.<br>Suite L-8<br>Pompano Beach, FL 33073 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Wood Wonders Custom Furniture, Inc. _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Patrick Quillen | 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | President | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bert Cohen | 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | Vice-President | 40% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------|-----|-------|------|
| 30.1. | Bert Cohen 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | $8,150 | 9/18/23 ($2,500); 10/05/2023 ($2,000); 11/06/2023 ($1,350); 11/20/2023 ($1,350); 12/21/2023 ($950) | Owner Distributions |
| | **Relationship to debtor** Owner | | | |
| 30.2. | Patrick Quillen 6601 Lyons Rd. Suite L-8 Coconut Creek, FL 33073 | $14,730.95 | weekly pay beginning 01/05/2023 through 12/28/2023 | Salary |
| | **Relationship to debtor** Owner | | | |
| 30.3. | Bert Cohen 6601 Lyons Rd. Suite L-8 Pompano Beach, FL 33073 | $10,413.56 | weekly pay beginning 01/05/2023 through 12/28/2023 | Salary |
| | **Relationship to debtor** Owner | | | |

Debtor    Wood Wonders Custom Furniture, Inc.        Case number *(if known)* _____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 30, 2024

/s/ Bert S. Cohen                      Bert S. Cohen
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    Vice-President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   Wood Wonders Custom Furniture, Inc.        Case No. _____

                          Debtor(s)         Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Bert Cohen<br>6601 Lyons Rd.<br>Suite L-8<br>Pompano Beach, FL 33073 | | 40% Shares | 40% Shares |
| Patrick Quillen<br>6601 Lyons Rd.<br>Suite L-8<br>Coconut Creek, FL 33073 | | 60% Shares | 60% Shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   January 30, 2024             Signature   /s/ Bert S. Cohen

                                               Bert S. Cohen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    Wood Wonders Custom Furniture, Inc.

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 30, 2024

/s/ Bert S. Cohen

Bert S. Cohen/Vice-President
Signer/Title

American Express
World Financial Center
200 Vesey Street
New York, NY 10285

Bert Cohen
6601 Lyons Rd.
Suite L-8
Pompano Beach, FL 33073

Boerewors Finance
8605 Santa Monica Blvd
#35697
West Hollywood, CA 90069

Capital One
Attn: Bankruptcy
POB 30285
Salt Lake City, UT 84130

Corporation Service Company
as Representative
POB 2576
Springfield, IL 62708

First Collection Services
10925 Otter Creek E Blvd
Mabelvale, AR 72103-1661

Goldman, Evans & Trammell LLC
10323 Cross Creek Blvd "F"
Tampa, FL 33647

Home Depot Credit Services
POB 6029
The Lakes, NV 88901-6029

IRS
Ogden, UT 84201-0039

Lyons Corporate Park, LLLP
6601 Lyons Road
Suite C-1
Pompano Beach, FL 33073

Northeast Bank
One Marina Dr.
Floor 8
Boston, MA 02210


On Deck Capital Inc
c/o Zwicker & Associates PC
80 Minuteman Road
Andover, MA 01810


On Deck Capital, Inc.
1400 Broadway, 25th Floor
New York, NY 10018


Patrick Quillen
6601 Lyons Rd.
Suite L-8
Pompano Beach, FL 33073


Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


Simply the Best
902 Clint Moore Rd
#202
Boca Raton, FL 33487


Small Business Administration
409 Third Street, SW
Washington, DC 20416-0005